

No. 12–0596/AR.   U.S. v. Michael E. Zellous, Jr.   CCA 20110098.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including August 7, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0619/AR.   U.S. v. Kenneth D. Nunez.   CCA 20100703.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 20, 2012.

No. 12–8026/AR.   Maurice K. Robins, Appellant v. Commandant, United States Disciplinary Barracks, Appellee.   CCA 20090996.   On consideration of Appellee's motion for leave to file government joint appendix which the Court construes as the Government's Designation of Portions of the Record, it is ordered that said motion is hereby granted.

Misc. No. 12–8029/AR.   Nidal M. Hasan, Appellant v. Gregory GROSS, Colonel, U.S. Army, Military Judge, Appellee.   CCA 20120667.   Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus, which this Court construes as a writ-appeal petition, was filed under Rule 27(b) on this date. Appellee will file an answer to said writ-appeal on or before July 30, 2012.